In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of HAROLD TAFT, an Attorney and Counselor at Law.— The respondent is in error when he states there was no consideration for the guaranty. His frivolous attitude might justify the inference that he signed the guaranty without intending to meet its obligations. This would be conduct which would subject him to discipline. Since he has seen the light and paid the claim, the proceeding is dismissed. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Petition of W. BERNARD VAUSE to Render and Settle His Account as Trustee of HENRY TIMM, Deceased, Appellant; CAROLINE TIMM and Another, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

MABEL E. JONGBERG, Respondent, v. GRIFFIN MANUFACTURING Co., INC., Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HAZEL KILMER, Respondent, v. PETER MILOCH, Defendant; J. P. LEHRER, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

PERCY H. KILMER, Respondent, v. PETER MILOCH, Defendant; J. P. LEHRER, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

H. KLEIN, INC., Respondent, v. LEHOFF HOLDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

LOUIS LEVINE, Respondent, v. CHASKEL POLLACK and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ELIZABETH MAAR, Respondent, v. PERCY H. KILMER, Defendant; PETER MILOCH and J. P. LEHRER, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HENRY MAAR, Respondent, v. PERCY H. KILMER, Defendant; PETER MILOCH and J. P. LEHRER, Appellants. (Action No. 1.) — Motion to dismiss appeal denied on condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HENRY MAAR, Respondent, v. PERCY H. KILMER, Defendant; PETER MILOCH and J. P. LEHRER, Appellants. (Action No. 2.) — Motion denied on condition that